IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


SUE ANN SCHAFER and
PATRICIA S. HOWARD,

    Plaintiffs,

v.                                                    5:13cv375-WS

WILLIE WILLIAMS and
BERNADETTE RUNNING
DOE RODGERS,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

Before the court is the magistrate judge's amended report and recommendation docketed January 21, 2014.  See Doc. 7.  The magistrate judge recommends that the plaintiffs' motion to remand be granted.  The defendants have filed objections (doc. 9) to the report and recommendation, and the plaintiffs have responded (doc. 8) to those objections.

Having considered the record in light of the defendants' objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiffs' motion to remand (doc. 5) is GRANTED.

3. The clerk shall REMAND this case to the Circuit Court for the Fourteenth Judicial District in and for Jackson County, Florida.

DONE AND ORDERED this   7th   day of    March   , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE